UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,                                    ORDER

      -against-                                                      CR 13-0159

WOJIECH KONOPKA,

      Defendant.
-----------------------------------------------------------------------X

      The Court is in receipt of the letter filed by Defendant's accountant, Edwin J. Murphy, dated August 26, 2014, in which Mr. Murphy requests the Court's assistance with respect to problems encountered with the Internal Revenue Service in connection with Defendant's payments made pursuant to the Court's Judgment entered on November 1, 2013 in the amount of $90,670.77.

      The Court declines to address Mr. Murphy's letter as it is not the proper way to bring the issue to the Court's attention. If the Defendant seeks to compel compliance by the IRS, he may bring an action against it for the relief he seeks. Moreover, any communications with the Court should be through Defendant's counsel or by the Defendant himself, not his accountant.

**SO ORDERED:**

Dated: Central Islip, New York
       September 3, 2014

                                             /s/ Leonard D. Wexler
                                             LEONARD D. WEXLER
                                             United States District Judge